IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TIMOTHY McKIMMIE,

    Plaintiff,

vs.                                       No. CIV-09-0156 LAM/WPL

**REGENTS OF NEW MEXICO STATE UNIVERSITY, f/k/a NEW MEXICO COLLEGE OF AGRICULTURAL AND MECHANICAL ARTS,**

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the *Stipulation of Dismissal* (*Doc. 67*) submitted by the parties pursuant to Fed. R. Civ. P. 41.  There being good grounds,

**IT IS HEREBY ORDERED** that this lawsuit and all causes of action asserted therein are **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by consent**